# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

AA Medical P.C.
          Plaintiff(s),

vs.

Khaled Almansoori
          Defendant(s),

Case No.: 2:20-CV-03852-JS-ARL

**AFFIDAVIT OF SERVICE**

I, Gary Brakemeyer, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Summons in a Civil Action and Verified Complaint**

Defendant to be served: **Khaled Almansoori**

Address where served: **615 The Lane Avenue, Hinsdale, IL 60521**

On September 01, 2020 at 6:58 PM, I served the within named defendant in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named defendant personally.

Description of person process was left with:

Sex: Male - Race: White - Hair: Black - Approx. Age: 41 - Height: 6ft 1in - Weight: 200

Comments: Signature, and date of birth obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X_____
Gary Brakemeyer

State of Illinois
County of Will

Subscribed and Sworn to before me on this
3 day of September, 2020

Signature of Notary Public

OFFICIAL SEAL
ASHLEY INGRAM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/22

Job: 547799
File: AA Medical