UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AA MEDICAL, P.C.,

                Plaintiff,

    -against-

KHALED ALMANSOORI,

               Defendant.

**NOTICE OF APPEARANCE**

Docket No. 20-cv-03852
(JS)(ARL)

**PLEASE TAKE NOTICE**, that ADAM I. KLEINBERG, a member of the firm of SOKOLOFF STERN LLP, attorneys for defendant KHALED ALMANSOORI, hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
       September 21, 2020

                                  **SOKOLOFF STERN LLP**
                                  *Attorneys for Defendant*
                                  *Khaled Almansoori*

                By:    ADAM I. KLEINBERG
                        179 Westbury Avenue
                        Carle Place, NY 11514
                        (516) 334-4500
                        File No. 200139

TO:    All counsel of record (via ECF)