United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**20 CV 4413**

1) indicated that this case is related to the following case(s):

**20-cv-3852(JS)**
**20-cv-4350(NGG)**

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to