```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


-------------------------------X

AA MEDICAL, PC
                                          CALENDAR NOTICE
     -V-                                  CV 20-3852(JS)(ARL)


KHALED ALMANSOORI
-------------------------------X

APPEARANCES:
For Plaintiff(s):
Jeffrey Eisenberg, Esq.
2500 Nesconset Hwy.
Stony Brook  NY 11790

For Defendant(s):
Adam Kleinberg, Esq.
Sokoloff Stern
179 Westbury Av.
Carle Place  NY 11514
```

THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE **BY TELEPHONE** BEFORE JUDGE JOANNA SEYBERT **AT 2:15PM (EASTERN) ON WEDNESDAY, DEC. 2, 2020.** A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

PLEASE DIAL 1(877) 336-1839 AND ENTER ACCESS CODE 7231185# AT THE PROMPT.  (IF YOU RECEIVE ANY MESSAGE DENYING/DELAYING ENTRY, HANG UP AND CALL BACK.)

COUNSEL ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

```
                                   /s/
                           _____
                           CHARLES J. BARAN,
                           COURTROOM DEPUTY CLERK FOR
                           HON. JOANNA SEYBERT

DATED: NOV. 4, 2020
       CENTRAL ISLIP  NY
```