JEFFREY S. EISENBERG
ATTORNEY AT LAW
2500 NESCONSET HIGHWAY
STONY BROOK, NEW YORK 11790
*(516) 735-4337*

December 1, 2020

**VIA ECF**

Hon. Joanna Seybert
U.S. Federal Court, Eastern District

    Re:  <u>AA Medical, P.C. v. Khaled Almansoori [Case No. 20-cv-3852(JS)(ARL)]</u>

Dear Judge Seybert:

    I am the attorney for plaintiff, AA Medical P.C. in the above-referenced matter. I must request an emergency adjournment of the pre-motion conference scheduled for tomorrow at 2:15 p.m. My son has been seriously ill and under the treatment of Dr. Jan of Cohen's Childrens Hospital. I will be taking him to his doctor who may admit him through the emergency room as she has done recently. Therefore I will not be in the office for at least the next few days. This is the first time the conference has been on the calendar. I have received consent of counsel for defendant. I will submit alternate dates to the Court once I receive them from counsel for defendant. Please adjourn the conference under the circumstances.

Respectfully,

*/s/ Jeffrey S. Eisenberg*
Jeffrey S. Eisenberg

cc: Counsel for Defendant (via ECF)