

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

December 4, 2020

**VIA ECF**

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

      Re:    *AA Medical P.C. v Khaled Almansoori*
      *Docket Nos:*    20-CV-03852 (JS)(ARL)
                          20-CV-04413 (JS)(ARL)
                          20-CV-04350 (JS)(ARL)
      File No:    200139

Dear Judge Seybert:

      We represent defendant Khaled Almansoori, M.D. ("Dr. Almansoori"). We write on behalf of all parties in response to the Court's December 1, 2020 Order adjourning the pre-motion conference on defendants' anticipated motion to dismiss the complaints.

      We propose the following dates for the rescheduled conference: December 18th (from 12 p.m. on); January 5th (from 2 p.m. on); or January 6th (from 12 p.m. on).

      Thank you for the consideration of this matter.

                                                Respectfully submitted,

                                                SOKOLOFF STERN LLP

                                                ADAM I. KLEINBERG

cc: All counsel of record (via ECF)