UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
AA MEDICAL P.C.,

                                      Plaintiff,

              -against-

KHALED ALMANSOORI,

                                  Defendant.
-------------------------------------------------------------------------------X

Case No: 20-cv-03852
(DG)(ARL)

**CONSENT TO**
**CHANGE ATTORNEY**

**IT IS HEREBY CONSENTED THAT**, the LAW OFFICES OF DAVID A. ANTWORK, P.C. located at 1757 Merrick Avenue, Suite 207, Merrick, New York 11566 be substituted as attorneys of record for Plaintiff AA MEDICAL P.C. in the above-entitled action in place and stead of JEFFREY S. EISENBERG, ESQ., 405 Village Green, Patchogue, New York 11772 as of the date hereof.

Dated: Merrick, New York
        March 19, 2021

_David A. Antwork_
David A. Antwork (DA1168)
Law Offices of David A. Antwork, P.C.
1757 Merrick Avenue, Suite 207
Merrick, New York 11566
(516) 757-5634
*Incoming attorney*

_[signature]_
Jeffrey S. Eisenberg (JE1430)
405 Village Green
Patchogue, New York 11772
(917) 930-0226
*Outgoing attorney*

3/20/2021
_[signature]_
AA MEDICAL P.C.
By: Dr. Nakul Karkare, M.D.