

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

April 26, 2021

**VIA ECF**
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** *AA Medical P.C. v Khaled Almansoori, M.D.*
    *Docket Nos.* **2:20-CV-04350, 2:20-CV-04413, and 2:20-CV-03852**

Dear Judge Gujarati:

  I represent the defendant in the above referenced matters. I write on plaintiff's counsel's gracious consent to request a brief adjournment of the April 27, 2021 conference before Your Honor.

  On Friday afternoon at approximately 1:30 p.m., I received notice that an election law case I am handling in the Putnam County Supreme Court had been being referred to the Onondaga County Supreme Court so it could be simultaneously heard with approximately 13 other similar actions. (The Supreme Court index number is 003882/2021.) During the 3 p.m. conference, the court set a hearing for Tuesday, April 27, 2021 at 10 a.m. The parties were asked to consider submitting stipulated facts in lieu of a hearing, but the other counsel in the case could not come to an agreement.

  I apologize for the late notice in seeking an adjournment, but it is become apparent they will not be stipulating as to the facts. As I am uncertain how long the hearing will last, I request an adjournment of tomorrow's conference. All counsel are available on May 6, 7, and 10th.

  Thank you for your consideration of this matter.

                Respectfully submitted,

                SOKOLOFF STERN LLP

                ADAM I. KLEINBERG

cc: All counsel of record (via ECF)