| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

Before: Diane Gujarati　　　　　　　　　　　　　　Date:　5/7/2021
　　　　　U.S. District Judge　　　　　　　　　　　　Time:　11:00 a.m.

Court Deputy: Kelly Almonte
Court Reporter/Tape No: 20cv3852.5.7.21

*AA Medical P.C. v. Almansoori*
20-CV-3852 (DG)(ARL)
20-CV-04350 (DG)(ARL)
20-CV-04413 (DG)(ARL)

Type of Conference: Telephone Conference

Appearances:　Plaintiff　　　　David Antwork

　　　　　　　　Defendants　　 Adam Kleinberg

Summary: Telephone Conference held on May 7, 2021 at 11:00 a.m. David Antwork appeared on behalf of Plaintiff. Adam Kleinberg appeared for Defendant Khaled Almansoori. Case called. Discussion held regarding consolidation of the three related actions (20-CV-03852, 20-CV-04350, and 20-CV-04413). Upon consideration of the parties' written submissions and their arguments at the conference, the Court granted consolidation of the three actions pursuant to Federal Rule of Civil Procedure 42(a) as considerations of convenience and judicial economy outweigh any risk of prejudice or possible confusion. *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1285 (2d Cir. 1990); *see also Barkley v. Olympia Mortg. Co.*, 557 F. App'x 22, 25 (2d Cir. 2014). The Court stated that all future filings shall now be docketed in the earliest action (20-CV-03852). At the conference, the parties consented to Plaintiff filing a consolidated, amended complaint. Plaintiff was then directed to file a consolidated, amended complaint by June 4, 2021; Defendant was directed to answer or otherwise respond to the operative complaint by June 25, 2021 in accordance with the Court's Individual Rules. Accordingly, the pending motions are hereby denied without prejudice to renewal after the filing of the consolidated, amended complaint.

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Diane Gujarati
　　　　　　　　　　　　　　　　　　　　　　　　　　DIANE GUJARATI
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge