

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

July 6, 2021

**VIA ECF**

Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:   *AA Medical P.C. v Khaled Almansoori, M.D.*
          Docket No.  :  20-CV-03852 (DG)(JMW)
          File No.     :  200139

Dear Magistrate Judge Wicks:

    We represent defendant Khaled Almansoori, M.D. We write with plaintiff's counsel's consent to request a brief adjournment of the August 4, 2021 status conference.

    I have a family vacation scheduled from August 3-6. Plaintiff's counsel and I are free on August 9, 2021 or August 17, 2021, if the Court's calendar permits. If neither date works, we will be happy to provide alternative dates for the Court's consideration.

    This is the first request for an adjournment of this conference. Thank you for your consideration of this matter.

                              Respectfully submitted,

                              SOKOLOFF STERN LLP

                              ADAM I. KLEINBERG

cc: All counsel of record (via ECF)