UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AA MEDICAL P.C.,

                Plaintiff,

  -against-

KHALED ALMANSOORI,

                Defendant.
-------------------------------------------------------------------X

**NOTICE OF MOTION**

Docket No.
20-cv-03852 (DG)(JMW)

**PLEASE TAKE NOTICE** that, upon the Attorney's Declaration of Adam I. Kleinberg and the exhibits annexed thereto; the accompanying *Memorandum in Support of Motion to Dismiss the Verified Amended Complaint pursuant to Rule 12(B)(6)*; and upon all pleadings and proceedings heretofore had herein, defendant will move this Court before the Honorable Diane Gujarati at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing this action in its entirety with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

DATED:    Carle Place, New York
                July 12, 2021

SOKOLOFF STERN LLP
*Attorney for Defendant*

By: _____
ADAM I. KLEINBERG
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 200139

TO:    All counsel of record (via ECF)