UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE            DATE: 8/17/2021
                                                        TIME: 11:00 AM
                                                        ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE (Video)**
CASE:  2:20-cv-03852-DG-JMW, AA Medical P.C. v. Almansoori

APPEARANCES:

    For Plaintiff:   David Antwork

    For Defendant: Adam Kleinberg

Court Reporter/FTR: 10:56-11:04 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held.

☒ The parties advised the Court of the status of this case.

☒ **Other**: The Court addressed two issues, namely the briefing schedule for Defendant's request to stay discovery and the initial scheduling order. As to the motion to stay, the Court set the following briefing schedule: Defendant shall serve on Plaintiff its motion by end of day today, 8/17/2021; Defendant shall serve his reply on or before 8/31/2021; if it intends on serving a reply, Defendant shall do so on or before 9/10/2021. As to the initial scheduling order, the Court set a discovery schedule which will be posted in a separate order and will stay in place pending resolution of Defendant's motion to stay. A Status conference has been scheduled for January 10, 2022 at 11:30 AM via the Court's AT&T Conference line. The parties should dial 1-866-434-5269 and enter access code 9025281# at the prompt.

A Pretrial conference has been scheduled for May 31, 2022 at 10:00 AM in courtroom 1020. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

                                              SO ORDERED
                                              /s/James M. Wicks
                                              JAMES M. WICKS
                                              United States Magistrate Judge