

September 2, 2021

**VIA ECF**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4B South
Brooklyn, New York 11201

        Re:    AA Medical, P.C. v. Almansoori
               Case No. 20-cv-03852 (DG)(JMW)

Dear Judge Gujarati:

     I am counsel for the Plaintiff in the above-referenced matter. I write with the knowledge and consent of Adam I. Kleinberg, Esq, counsel for the Defendant, to respectfully request an extension of time for the Plaintiff to serve opposition to the Defendant's motion to dismiss the amended complaint.

     According to the current briefing schedule ordered by Your Honor on August 3, 2021, Plaintiff's opposition is to be served by September 7, 2021, Defendant's reply is to be served by September 21, 2021 and Defendant is to file all motion papers via ECF.

     I respectfully request, on consent, that Plaintiff's time to serve opposition be extended until September 24, 2021 with Defendant's reply to be served by October 8, 2021 and Defendant shall e-file all motion papers.

     This is the Plaintiff's first such extension request. The reason for the request is that I have been inundated with deadlines, including opposing the Defendant's motion to stay discovery in this matter pending the determination of the motion to dismiss which was served two days ago. I am confident that the requested extension, if granted, will be sufficient time to complete and serve Plaintiff's opposition.

     I thank the Court for its time and consideration in this regard.

                                          Respectfully submitted,

                                          LAW OFFICES OF
                                          DAVID A. ANTWORK, P.C.

                                          *David A. Antwork*

                                          DAVID A. ANTWORK (DA1168)

cc:    Adam I. Kleinberg, Esq. (via ECF)

