

September 22, 2021

**VIA ECF**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4B South
Brooklyn, New York 11201

            Re: AA Medical, P.C. v. Almansoori
              Case No. 20-cv-03852 (DG)(JMW)

Dear Judge Gujarati:

  I am counsel for the Plaintiff in the above-referenced matter. I write with the knowledge and consent of Adam I. Kleinberg, Esq, counsel for the Defendant, to respectfully request a two-week extension of time for the Plaintiff to serve opposition to the Defendant's motion to dismiss the amended complaint.

  After the Plaintiff's first extension request granted by Your Honor, Plaintiff's opposition is to be served by September 24, 2021, Defendant's reply is to be served by October 8, 2021 and Defendant is to file all motion papers via ECF.

  I respectfully request, on consent, that Plaintiff's time to serve opposition be extended until October 8, 2021 with Defendant's reply to be served by October 29, 2021 and Defendant shall e-file all motion papers.

  This is the Plaintiff's second, and I expect to be final, extension request. The reason for the request is that I have been exceedingly busy with work, as well as some family matters.

  I thank the Court for its time and consideration in this regard.

                Respectfully submitted,

                LAW OFFICES OF
                DAVID A. ANTWORK, P.C.

                *David A. Antwork*

                DAVID A. ANTWORK (DA1168)

cc: Adam I. Kleinberg, Esq. (via ECF)