

October 6, 2021

**VIA ECF**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4B South
Brooklyn, New York 11201

                        Re:     AA Medical, P.C. v. Almansoori
                                Case No. 20-cv-03852 (DG)(JMW)

Dear Judge Gujarati:

      I am counsel for the Plaintiff in the above-referenced matter. I write with the knowledge and consent of Adam I. Kleinberg, Esq, counsel for the Defendant, to respectfully request a one-week extension of time for the Plaintiff to serve opposition to the Defendant's motion to dismiss the amended complaint.

      After the Plaintiff's previous extension request granted by Your Honor, Plaintiff's opposition is to be served by October 8, 2021, Defendant's reply is to be served by October 29, 2021 and Defendant is to file all motion papers via ECF.

      I respectfully request, on consent, that Plaintiff's time to serve opposition be extended until October 15, 2021 with Defendant's reply to be served by November 5, 2021 and Defendant shall e-file all motion papers.

      This is the Plaintiff's third extension request. The reason for the request is that due to my schedule and that of the Plaintiff's principal, a practicing orthopedic surgeon, I have been unable to get my client's final review, input and approval of the Plaintiff's opposition papers. I fully expect to be able to coordinate with him by early next week and serve opposition by October 15, 2021 if the Court kindly grants this request.

      I thank the Court for its time and consideration in this regard.

                                                Respectfully submitted,

                                                LAW OFFICES OF
                                                DAVID A. ANTWORK, P.C.

                                                *David A. Antwork*

                                                DAVID A. ANTWORK (DA1168)

cc:     Adam I. Kleinberg, Esq. (via ECF)

