

November 18, 2021

**VIA ECF**
Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

                Re:     AA Medical, P.C. v. Almansoori
                        Case No. 20-cv-03852 (DG)(JMW)

Dear Judge Wicks:

    I am counsel for the Plaintiff in the above-referenced matter. I write with the knowledge and consent of Adam I. Kleinberg, Esq, counsel for the Defendant.

    The Court has scheduled in-person oral argument for the Defendant's motion to stay discovery pending the determination of Defendant's motion to dismiss for Monday, November 22, 2021 at 1:00 p.m.

    I have recently been advised by the Plaintiff's principal that my services have been terminated. I just had the opportunity to speak with potential substitute counsel who advised that his firm is in the process of being retained and he is reviewing the matter.

    Thus, I respectfully request that the currently scheduled in-person argument be sufficiently adjourned, as it may please the Court, to allow for formal substitution to occur or for me to formally move to withdraw if it becomes necessary.

    I have conferred with Adam I. Kleinberg, Esq., counsel for the Defendant, who has consented to this request. This is the Plaintiff's first request in this regard.

    I thank the Court for its time and consideration.

                                Respectfully submitted,

                                LAW OFFICES OF
                                DAVID A. ANTWORK, P.C.

                                *David A. Antwork*

                                DAVID A. ANTWORK (DA1168)

cc:    Adam I. Kleinberg, Esq. (via ECF)

