UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AA MEDICAL, P.C.,

                    Plaintiff,

       -against-

KHALED ALMANSOORI, M.D.,

                    Defendant.
-----------------------------------------------------------------x

Case No.: 20-cv-03852
(DG)(JMW)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT and COUNSELORS:

    **PLEASE TAKE NOTICE,** that the undersigned hereby appears as attorney for plaintiff AA Medical, P.C. in the above-captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: Uniondale, New York
       December 2, 2021

                                             FORCHELLI DEEGAN TERRANA LLP

                                             By: _____
                                                   Gregory S. Lisi, Esq.
                                                   *Attorneys for Plaintiff*
                                                   333 Earle Ovington Boulevard, Suite 1010
                                                   Uniondale, NY 11553
                                                   Phone: (516) 248-1700
                                                   E-mail: glisi@forchellilaw.com