UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

AA MEDICAL, P.C.,                                           Case No.: 20-cv-03852
                                                            (DG)(JMW)

                                Plaintiff,

                -against-                                   **NOTICE OF APPEARANCE**

KHALED ALMANSOORI, M.D.,

                                Defendant.
------------------------------------------------------------------------x

TO THE CLERK OF THE COURT and COUNSELORS:

        **PLEASE TAKE NOTICE,** that the undersigned hereby appears as attorney for plaintiff

AA Medical, P.C. in the above-captioned action, and demands that copies of all pleadings,

papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: Uniondale, New York
        December 6, 2021

                        FORCHELLI DEEGAN TERRANA LLP


                        By: /s/ Alexander Leong
                            Alexander Leong, Esq.
                            *Attorneys for Plaintiff*
                            333 Earle Ovington Boulevard, Suite 1010
                            Uniondale, NY 11553
                            Phone: (516) 248-1700
                            E-mail: aleong@forchellilaw.com

4357209