UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AA MEDICAL P.C.,

                          Plaintiff,

            -against-

KHALED ALMANSOORDI, M.D.,

                        Defendant.
-----------------------------------------------------------------X

**Case Nos.:** 2:20-cv-3852 (DG) (JMW)

**STIPULATED ORDER OF**
**SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that MILMAN LABUDA LAW

GROUP, PLLC, Attorneys at Law, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success,

New York 11042, be and hereby are substituted in place and instead of Forchelli Deegan Terrana

LLP, with offices at 333 Earle Ovington Boulevard, Uniondale, NY 11553, as attorneys for the

Plaintiff in the above-entitled cases and that this substitution be entered into effect without further

notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in

counterparts and a facsimile/PDF version is deemed as an original.

Dated: Lake Success, New York
       January 13, 2022

**MILMAN LABUDA LAW GROUP PLLC**

Jamie S. Felsen, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Ste 3W8
Lake Success, NY 11042-1073
jamiefelsen@mllaborlaw.com
emanuel@mllaborlaw.com

Dated: Centereach, New York
       January ____, 2022

**AA MEDICAL P.C.**

By: _____
    Dr. Nakul Karkare, M.D.
    President

Dated: Uniondale, New York
       January 13, 2022

**FORCHELLI DEEGAN TERRANA LLP**

Gregory S. Lisi, Esq.
Alexander Leong, Esq.
333 Earle Ovington Boulevard, Suite 1010
Uniondale, NY 11553
glisi@forchellilaw.com
aleong@forchellilaw.com

SO ORDERED:

SO ORDERED:
                       U.S.M.J.
/s/ JAMES M. WICKS
James M. Wicks, USMJ
Dated: 1-28-2022
    Central Islip, NY