# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 9, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James M. Wicks, U.S.M.J.
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

  *Re:*   **AA Medical P.C. v. Almansoori, Case No.: 2:20-cv-3852 (DG) (JMW)**
      **MLLG File No.: 7-2022**

Dear Judge Wicks:

  This firm was recently retained to represent the Plaintiff in the above-referenced case. Plaintiff writes to respectfully request an adjournment of the Status Conference and Oral Argument scheduled for Friday, February 18, 2022. Pursuant to this ¶ 1(D) of this Court's Individual Practice Rules, this letter motion is timely made well before two (2) business days prior to the scheduled appearance. Further, Plaintiff respectfully submits that: (i) the original date of the appearance is set forth *supra*; (ii) there has been at least one (1) previous joint request by the parties to adjourn this appearance prior to my substitution herein; (iii) that previous request was granted; (iv) the reason an adjournment is necessary is because your undersigned will be in a deposition for the entire day on February 18, 2022 and will be unavailable to appear at the scheduled time; and (v) the Defendant consents to this request.

  Although it is respectfully submitted that the requested adjournment should not affect any other scheduled date, the parties have conferred and are available on: (i) February 22, 2022 in the late afternoon; (ii) any time on March 1, 2022; or (iii) March 2, 2022 in the late afternoon.

  Plaintiff thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
  February 9, 2022       Respectfully submitted,

          **MILMAN LABUDA LAW GROUP PLLC**
          _____/s_____
          Emanuel Kataev, Esq.
          3000 Marcus Avenue, Suite 3W8
          Lake Success, NY 11042-1073
          (516) 328-8899 (office)
          (516) 303-1395 (direct dial)
          (516) 328-0082 (facsimile)
          emanuel@mllaborlaw.com

**VIA ECF**
All counsel of record