

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

May 26, 2022

**VIA ECF**

Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *AA Medical P.C. v Khaled Almansoori, M.D.*
            Docket No.   :      20-CV-03852 (DG)(JMW)
            File No.       :      200139

Dear Magistrate Judge Wicks:

      We represent defendant Khaled Almansoori, M.D. We write on behalf of all parties to request an adjournment of the May 31, 2022 conference with the Court.

      In the initial scheduling order, Your Honor set a pre-trial conference for May 31, 2022. Since that time, defendant's motion to dismiss has been fully briefed and this Court stayed discovery while the motion remains *sub judice*. As such, we respectfully request that the Court adjourn the upcoming conference *sine die* until after a decision on the pending motion.

      This is the first request for an adjournment of the conference, and it is a joint request; as such, the adversary consents. Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            SOKOLOFF STERN LLP

                                            ADAM I. KLEINBERG

cc: All counsel of record (via ECF)