

Jordan Call  
71 South Wacker Drive, Suite 1600  
Chicago, Illinois 60606-4637  
Direct Dial:  216.363.6169  
Fax:  216.363.4588  
jcall@beneschlaw.com

May 23, 2023

**VIA ECF**
The Honorable James M. Wicks
U.S. District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

  Re: AA Medical, P.C. v. Almansoori, M.D.
     Case No. 2:20-cv-03852

Dear Judge Wicks:

 I am co-counsel for Defendant Khaled Almansoori, M.D. I write to respectfully request permission to bring into the Court my mobile phone and laptop computer device on May 25, 2023. I will be traveling from out of state to appear for the oral argument hearing scheduled for May 25, 2023. Thus, in order to assist me in accessing materials relevant to this matter, and in order to accommodate my need to bring these devices during my travel and due to the absence of a place for me to securely store such devices, I respectfully request permission to bring such devices into the Court on May 25, 2023.

 Thank you for your consideration of this matter.

            Respectfully,

            BENESCH, FRIEDLANDER,
             COPLAN & ARONOFF LLP

            Jordan Call