**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x

AA MEDICAL, P.C.,

                                            **Plaintiff,**

        **-against-**

KHALED ALMANSOORI, M.D.,

                                            **Defendant.**

--------------------------------------------------------------------------x

**Case No.: 20-cv-3852(DG)(JMW)**

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other.  This Stipulation may be filed with the Court without further notice to any party.

Dated: Lake Success, New York
       March 28 , 2024

**MILMAN LABUDA LAW GROUP PLLC**

By: _____
    Jamie S. Felsen, Esq.
    300 Marcus Avenue, Suite 3W8
    Lake Success, NY 11042-1073
    (516) 328-8899 (office)
    MLLG File No.: 7-2022

*Attorneys for Plaintiff*
*AA Medical, P.C.*

Dated: Carle Place, New York
       March 28, 2024

**SOKOLOFF STERN LLP**

By: _____
    Adam I. Kleinberg, Esq.
    179 Westbury Avenue
    Carle Place, New York 11514
    (516) 334-4500 (office)
    File No. 200139

*Attorneys for Defendant*
*Khaled Almansoori, M.D.*